# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **FARM BUREAU PROPERTY AND CASUALTY INSURANCE COMPANY,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**CHS INC., d/b/a CENEX HARVEST STATES GRAINLAND,**<br><br>**Defendant.** | **8:22CV137**<br><br>**ORDER** |

Upon notice of settlement given to the undersigned magistrate judge by counsel for the parties,

**IT IS ORDERED:**

1. On or before **October 7, 2022**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 6th day of September, 2022.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge