# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FARM BUREAU PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>  vs.<br><br>CHS INC.,<br><br>        Defendant. | Case Number: 8:22-cv-00137<br><br>ORDER OF DISMISSAL |

Pursuant to the stipulation of the parties under Fed. R. Civ. P. 41(a)(1)(A)(ii) (Filing No. 22), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims and causes of action expressly or necessarily raised, or those which could have been raised, in Plaintiff's Complaint, with each party is responsible for its own attorney's fees and costs. The Clerk is directed to close the file.

Dated this 14th day of September 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge